IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL POWELL                                                                                      PLAINTIFF

V.                                                                         CIVIL ACTION NO. 3:21-CV-00015-RP

BEVERLY MCMULLEN and
WINIFRED ANDERSON                                                                              DEFENDANTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Defendants' motion for summary judgment [27] is **GRANTED**, and Plaintiff's claims are **DISMISSED with prejudice**.

**SO ORDERED**, this the 26th day of October, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE